THE BOARD OF EDUCATION OF THE VOCATIONAL SCHOOL IN THE COUNTY OF UNION v. WINSCO CONSTRUCTION CORP.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM J. CURRAN.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CLARK.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILBERT JONES, JR.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH KUSCH.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. IVAN STREET.

April 30, 1974. Petition for certification denied.